David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Shona Marion*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Shona Marion, | **Case No. 2:16-cv-00552-JCM-VCF** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO AMERICAN INTERCONTINENTAL UNIVERSITY, INC.** |
| AMERICAN INTERCONTINENTAL UNIVERSITY, INC. D/B/A AIU ONLINE, | |
| Defendant. | |

    Plaintiff Shona Marion and American Intercontinental University, Inc. hereby stipulate and agree that the above-entitled action shall be dismissed with

…
…
…
…
…
…
…
…

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, American Intercontinental University, Inc.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:                September 7, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Terance A. Gonsalves, Esq.<br>Terance A. Gonsalves, Esq.<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br><br>*Attorney for Defendant  American Intercontinental University, Inc. D/B/A AIU Online* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: ____September 9, 2016____